**Opinion issued August 12, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-01067-CV

———————————

**HARRIS COUNTY, Appellant**

**V.**

**PASADENA REFINING SYSTEM, INC. AND CROWN CENTRAL, LLC,
Appellees**

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Case No. 2013-02153**

---

## MEMORANDUM OPINION

Appellant, Harris County, has filed an unopposed motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.